MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Castanon,<br><br>    Plaintiff,<br><br>    v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 12-cv-04487-LHK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE THE ANSWER** |

1

1  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to
2  the approval of the Court, that Defendant shall have until February 19, 2012, to file the
3  answer.  This extension is requested because Defendant needs more time to produce the
4
5  transcript and will be on leave from December 20, 2012, to January 14, 2013.
6        Respectfully submitted on Dec. 18, 2012

/s/ Tom Weathered *
TOM WEATHERED
Plaintiff's Attorney
* by Armand Roth by telephone authorization
  of 12/18/12

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
By:  /s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant United States Attorney

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED  12/28/2012             *Lucy H. Koh*
                        HONORABLE LUCY H. KOH
                        UNITED STATES DISTRICT JUDGE

2