MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Castanon,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 12-cv-04487-LHK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE THE ANSWER** |

1

1  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to
2  the approval of the Court, that Defendant shall have until February 19, 2012, to file the
3
4  answer.  This extension is requested because Defendant needs more time to produce the
5  transcript and will be on leave from December 20, 2012, to January 14, 2013.
6         Respectfully submitted on Dec. 18, 2012

7                                          /s/ Tom Weathered *
8                                          TOM WEATHERED
                                           Plaintiff's Attorney
9                                          * by Armand Roth by telephone authorization
10                                            of 12/18/12

11                                         MELINDA L. HAAG
12                                         United States Attorney
                                           DONNA L. CALVERT
13                                         Acting Regional Chief Counsel, Region IX,
14                                         Social Security Administration
                                       By:  /s/ Armand D. Roth
15                                         ARMAND D. ROTH
16                                         Special Assistant United States Attorney

17
18
   PURSUANT TO THE STIPULATION, IT IS SO ORDERED
19
20
21  DATED  12/28/2012                    [signature: Lucy H. Koh]
22                                       HONORABLE LUCY H. KOH
                                         UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

2