UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE ANTONIO CASTANON, ) | Case No.: 12-CV-04487-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER TO FILE MOTION FOR |
| CAROLYN W. COLVIN, Commissioner, Social ) | SUMMARY JUDGMENT |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff filed his Complaint on August 27, 2012. ECF No. 1. On December 28, 2012, the Court granted the parties' stipulation extending the deadline for Defendant to file an Answer until February 19, 2013. ECF No. 13. On February 19, 2013, Defendant filed an Answer. ECF No. 14.

    Pursuant to Civil Local Rule 16-5, in actions for District Court review of an administrative record, "within 28 days of receipt of defendant's answer, plaintiff must file a motion for summary judgment pursuant to Civil L.R. 7-2 and Fed. R. Civ. P. 56." *See also* ECF No. 3, Procedural Order for Social Security Review Actions ("Plaintiff shall serve and file a motion for summary judgment or remand within 28 days of service of defendant's answer."). Accordingly, Plaintiff's motion for summary judgment was due on March 19, 2013. However, Plaintiff has made no further filings in this case.

1

By May 30, 2013, Plaintiff shall file a motion for summary judgment, which shall include an explanation of Plaintiff's untimely filing. Plaintiff's failure to file a motion for summary judgment by May 30, 2013 will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
LUCY H. KOH
United States District Judge